12/04 (AO243)

# JUDGE COAR
# MAG. JUDGE MASON

FEB 2 9 2008 aew
2-29-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
### SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District Northern District of Illinois |
|---|---|
| Name (under which you were convicted): RODNEY C. BEW | Docket or Case No.: 04:253-1 |
| Place of Confinement: U.S.P. Atlanta/P.O. Box 150160/Atlanta, Ga. | Prisoner No.: 16835-424 |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) RODNEY C. BEW |
| v. | |

### MOTION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging: _____
United States District Court for the Northern District of Illinois, Eastern
Division / Everett McKinley Dirksen Building  / 219 South Dearborn Street /
Chicago, Illinois  60604

    (b) Criminal docket or case number (if you know):  04:253-1

2.  (a) Date of the judgment of conviction (if you know):  October 18, 2005

    (b) Date of sentencing:  June 2, 2006

3.  Length of sentence:  216 months

4.  Nature of crime (all counts):    22 Count Indictment for Conspiracy to Distribute
& PWITD cocaine powder, cocaine base 'crack'; 18 U.S.C. §922(g) Possession
of a firearm, and Use of a Telephone for Conspiracy & PWITD Cocaine powder,
and cocaine base 'crack'.

5.  (a) What was your plea? (Check one)

    (1)  Not guilty ☐          (2)  Guilty ☒          (3)  Nolo contendere (no contest) ☐

    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count
    or indictment, what did you plead guilty to and what did you plead not guilty to? _____
    N/A

6.  If you went to trial, what kind of trial did you have? (Check one)    Jury ☐    Judge only ☐ N/A

Page 3

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☒    No ☐

8. Did you appeal from the judgment of conviction?    Yes ☐    No ☒

9. If you did appeal, answer the following:

   (a) Name of court: _____ N/A _____

   (b) Docket or case number (if you know): _____ N/A _____

   (c) Result: _____ N/A _____

   (d) Date of result (if you know): _____ N/A _____

   (e) Citation to the case (if you know): _____ N/A _____

   (f) Grounds raised: _____ N/A _____

_____

_____

_____

_____

_____

   (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☒

   If "Yes," answer the following:

     (1) Docket or case number (if you know): _____ N/A _____

     (2) Result: _____ N/A _____

_____

     (3) Date of result (if you know): _____ N/A _____

     (4) Citation to the case (if you know): _____ N/A _____

     (5) Grounds raised: _____ N/A _____

_____

_____

_____

_____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

   Yes ☐    No ☒

11. If your answer to Question 10 was "Yes," give the following information:

   (a) (1) Name of court: _____ N/A _____

     (2) Docket or case number (if you know): _____ N/A _____

     (3) Date of filing (if you know): _____ N/A _____

(4) Nature of the proceeding: _____ N/A _____

(5) Grounds raised: _____ N/A _____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?     Yes ❑ No ❑ N/A

(7) Result: _____ N/A _____

(8) Date of result (if you know): _____ N/A _____

(b) If you filed any second motion, petition, or application, give the same information:     NO

(1) Name of court: _____ N/A _____

(2) Docket or case number (if you know): _____ N/A _____

(3) Date of filing (if you know): _____ N/A _____

(4) Nature of the proceeding: _____ N/A _____

(5) Grounds raised: _____ N/A _____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?     Yes ❑ No ❑ N/A

(7) Result: _____ N/A _____

(8) Date of result (if you know): _____ N/A _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?     N/A

(1) First petition:     Yes ❑ No ❑     N/A

(2) Second petition:     Yes ❑ No ❑     N/A

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: <u>Defense counsel's not informing defendant, and defendant's lack of legal knowledge.</u>

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

GROUND ONE: <u>INEFFECTIVE ASSISTANCE OF COUNSEL</u>

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

1] Problem with Motion for Discovery concerning Brady Proffer Material.

2] Counsel's lack of any investigatory actions regarding anything case-related.

3] Counsel's lack of motivation and ability to effectively negotiate a plea agreement and then to argue its' conditions.

4] Counsel failed to object to incorrect information on defendant's Presentence Investigation Report.

5] No attempt to offer any mitigating factors at sentencing.

6] Counsel's failure to argue defendant's past criminal history.

7] Counsel's failure to explain to defendant 'relevant conduct'.

(b) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☐   N/A

(2) If you did not raise this issue in your direct appeal, explain why: <u>NO Direct Appeal- No legal assistance/guidance-No defendant knowledge-Denied access due to transit status.</u>

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, application?

Yes ☐   No ☐   N/A

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: <u>N/A</u>

Name and location of the court where the motion or petition was filed: <u>N/A</u>

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): _____
_____ N/A _____

_____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☐    N/A

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☐    N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☐    N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____
_____ N/A _____

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): _____
_____ N/A _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or
raise this issue: __ Defense counsel's negligence and defendant's lack of legal
knowledge. _____

_____

_____

GROUND TWO: __ TITLE 18 IS IN VIOLATION OF U.S. CONSTITUTION __

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

1] Congressional actions concerning Title 18 conducted while Congress was
adjourned. _____

2] Congressional voting on Title 18 was in violation of U.S. Constitution.

_____

_____

_____

_____

(b) Direct Appeal of Ground Two:

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ❑  No ☒

    (2) If you did not raise this issue in your direct appeal, explain why: <u>No Direct Appeal–</u>
<u>No legal assistance/guidance–No defendant knowledge–Denied access due</u>
<u>to transit status.</u>

(c) Post-Conviction Proceedings:

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ❑  No ❑      N/A

    (2) If your answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____ N/A _____

    Name and location of the court where the motion or petition was filed: _____
    _____ N/A _____

    Docket or case number (if you know): _____ N/A _____

    Date of the court's decision: _____ N/A _____

    Result (attach a copy of the court's opinion or order, if available): _____
    _____ N/A _____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ❑  No ❑      N/A

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ❑  No ❑      N/A

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ❑  No ❑      N/A

    (6) If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____
    _____ N/A _____

    Docket or case number (if you know): _____ N/A _____

    Date of the court's decision: _____ N/A _____

    Result (attach a copy of the court's opinion or order, if available): _____
    _____ N/A _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: <u>Defense counsel's negligence and defendant's lack of legal knowledge.</u>

GROUND THREE: <u>SENTENCING ENHANCEMENTS IN VIOLATION OF GUIDELINES STATUES</u>

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
1] Past Criminal History points were not accurate.
2] Sentencing enhancements violate 'Booker' rule.

(b) Direct Appeal of Ground Three:

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ❑   No ❑   N/A

(2) If you did not raise this issue in your direct appeal, explain why: <u>No Direct Appeal-No legal assistance/guidance-No defendant knowledge-Denied access due to transit status.</u>

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ❑   No ❑   N/A

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____ N/A _____

Name and location of the court where the motion or petition was filed: _____ N/A _____

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Page 9

Result (attach a copy of the court's opinion or order, if available): _____

_____ N/A _____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ☐  No ☐    N/A

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ☐  No ☐    N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐  No ☐    N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____ N/A _____

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): _____

_____ N/A _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or

raise this issue: _____ Defense counsel's negligence and defendant's lack of

_____ legal knowledge. _____

_____

_____

_____

GROUND FOUR: _____ SENTENCING REDUCTION PURSUANT TO AMENDMENT 706 _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

1] Recent Sentencing Commission's sentence reduction for cocaine base 'crack'.

_____

_____

_____

_____

_____

_____

_____

(b)  Direct Appeal of Ground Four:

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐  No ☑

(2) If you did not raise this issue in your direct appeal, explain why: __No Direct Appeal-__
__No legal assistance/guidance-No defendant knowledge-Denied access due__
__to transit status.__

(c)  Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐  No ☐      N/A

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____ N/A

Name and location of the court where the motion or petition was filed: _____
_____ N/A

Docket or case number (if you know): _____ N/A

Date of the court's decision: _____ N/A

Result (attach a copy of the court's opinion or order, if available): _____
_____ N/A

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐  No ☐      N/A

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐  No ☐      N/A

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐  No ☐      N/A

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____
_____ N/A

Docket or case number (if you know): _____ N/A

Date of the court's decision: _____ N/A

Result (attach a copy of the court's opinion or order, if available): _____
_____ N/A

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:   Defense counsel's not informing defendant, and defendant's lack of legal knowledge.

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ~~SIX~~ FIVE:   Evidence supporting the 'leadership role' insufficient to finding and sentencing enhancement.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Leadership role was not sufficiently evidenced beyond judicial belief.
Leadership role was not part of plea agreement, thus the enhancement was not constitutionally legal.
Prosecution never filed notice to enhance prior to plea agreement.

(b) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☑   N/A

(2) If you did not raise this issue in your direct appeal, explain why:  No Direct Appeal-No legal assistance/guidance-No defendant knowledge-Denied access due to transit status.

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐ No ☐   N/A

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:   N/A

Name and location of the court where the motion or petition was filed:    N/A

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ___Defense counsel's negligence and defendant's lack of legal knowledge.___

13. Is there any ground in this motion that you have not previously presented in some federal court? Yes
If so, which ground or grounds have not been presented, and state your reasons for not presenting them: ___Grounds 1, 2, 3, 4 and 5.___
___Lack of counsel effectiveness and defendant's___
___lack of legal knowledge.___

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging?    Yes ❑    No ☒
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____N/A

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:
(a) At preliminary hearing: __Standish Willis____Chicago, Illinois____

(b) At arraignment and plea: ___Gareth Morris  1704 N. Dayton St. Suite 100___
___Chicago, Illinois____60614_____

(c) At trial: _____N/A_____

(d) At sentencing: ____Gareth G. Morris  1704 N. Dayton St. Suite 100___
___Chicago, Illinois____60614_____

(e) On appeal: _____ N/A _____

_____

(f) In any post-conviction proceeding: _____ N/A _____

_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____ N/A _____

_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐ No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____ N/A _____

_____

(b) Give the date the other sentence was imposed: _ N/A _____

(c) Give the length of the other sentence: _____ N/A _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☐    N/A

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.* _____ Because defendant was denied access to his legal case materials to effectuate his 28 U.S.C. §2255 motion due to an uninterrupted transit status by the Federal Bureau of Prisons, the Statute of Limitations must be tolled. Defendant did contact this court concerning the B.O.P. transfer status to preserve his appeal rights.

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —

(1) the date on which the judgment of conviction became final;
(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: _____

 Resentencing to the proper lower range within the correct guidelines. _____

_____

or any other relief to which movant may be entitled.


_____
                    N/A
Signature of Attorney (if any)


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct
and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on *Feburary*
*21,2008* (month, date, year).

Executed (signed) on *2-21-2008* *Rodney C. Ben* (date).


*Rodney Curtis Ben*
Signature of Movant


If the person signing is not movant, state relationship to movant and explain why movant is not
signing this motion. _____
                    N/A
_____


IN FORMA PAUPERIS DECLARATION
Northern District of Illinois _____
[Insert appropriate court]
* * * * *