
R                                                                                    MHR

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
# Civil Cover Sheet

**Plaintiff(s):**  UNITED STATES OF AMERICA   **Defendant(s):**   RODNEY C. BEW

**County of Residence:**                          **County of Residence:** US, Outside of IL

**Plaintiff's Address:**                          **Defendant's Attorney:**

1) AUSA                                           Rodney Bew
                                                  #16835-424
2) Celia Meza Utreras                             Atlanta - FPC
United States Attorney's Office                   P.O. Box 150160 Lakewood Station
219 South Dearborn Street, Suite 500              Atlanta, GA 30315
Chicago, IL 60604

**Basis of Jurisdiction:**

☐ 1. U.S. Government Plaintiff       ☐ 3. Federal Question
                                        (U.S. gov't. not a party)

☑ 2. U.S. Government Defendant       ☐ 4. Diversity

**FILED**
2-29-2008
FEB 2 9 2008

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Origin:**

☑ 1. Original Proceeding              ☐ 5. Transferred From Other District

☐ 2. Removed From State Court         ☐ 6. MultiDistrict Litigation

☐ 3. Remanded From Appellate Court    ☐ 7. Appeal to District Judge from
                                            Magistrate Judgment
☐ 4. Reinstated or Reopened

**Nature of Suit:** 510 Motion to Vacate

**Cause of Action:** 28:2255

**Jury Demand:** ☐ Yes   ☑ No

**08CV1241**
**JUDGE COAR**
**MAG. JUDGE MASON**

**Signature:** Q. E. Woodham   **Date:** 02/29/2008

Coar   04CR253-1
Mason