UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No.    08 CV 1241 |
| v. | ) | |
| | ) | Judge David H. Coar |
| RODNEY BEW | ) | |

## **WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Please take notice that former Assistant United States Attorney Celia Meza Utreras

is no longer assigned to this case, and the undersigned Assistant United States Attorney is

substituted in place of that previously designated attorney.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney


By:    *s/Ronald L. DeWald, Jr.*
RONALD L. DeWALD, Jr.
Assistant United States Attorney
219 South Dearborn Street - 5th Floor
Chicago, IL 60604
(312) 886-4187
ronald.dewald@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

was served on April 14, 2008, to the following, and in accordance with Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers:

Rodney Bew
#16835-424
Atlanta - FPC
P.O. Box 150160 Lakewood Station
Atlanta, GA 30315

John A. Meyer
Attorney at Law
20 South Clark Street, Suite 2210
Chicago, IL 60603-1805

Federal Defender Program

   *s/  Ronald L. DeWald, Jr.*
Assistant United States Attorney
219 South Dearborn Street - 5th Floor
Chicago, IL 60604
(312) 886-4187
ronald.dewald@usdoj.gov