# Exhibit B

May 18, 2007

AE

From: Rodney C. Bew

To: Honorable Judge David Coar       04 cr 253

In Concerns of some disagreement that I do not agree upon that I have raised in this motion. I do not have the proper Legal material nor am I an Educated Attorney who went to Law School. I Never agreed to the career criminal in my plea agreement. Also My drug amount was changed after trial due to my testimony. And My Attorney Never explained to Me about the Y.I.C.T part of the plea. When I was trying to reject to my PSI My Attorney told me that it wouldn't matter. I rejected to my background but I never explained why or what. I am asking to have my sentence corrected and a court writ and A court date of May 24, 2007 and right now I'm at the M.C.C. Building in Chicago, IL. Could you please Look into the issues that I raised up.

Thank You

**FILED**    *Rodney C. Bew*

MAY 24 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Judge David Coar
04 cr 253

May 18, 2007

AE

Rodney C. Bew vs US. 7th circuit

# FILED

MAY 24 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Motion

Motion filed for ineffective assistance counsel. Now comes the defendant Rodney C. Bew. Files ineffective assistance counsel. Attorney Gareth G. Morris who refuse to object to the defendant Rodney C. Bew sentence hearing and his Attorney never set down with him to point out issues concerns of the defendant PSI about incorrect background and educational background. Attorney Gareth Morris did not contest the fact that in the defendants plea or indictment had the defendants never agreed that he was a career criminal. 95cf487 battery and 96cf battery cases were nolle process and should had not been charged against the defendant background. And if it were used it should have been only 1 point for each battery wich were conditional discharge but was later nolle process and it should have not been used to enchance the defendant criminal history. A 1993 disorderly conduct charge in Hattiesburg, MS was more then 10 years old and should not been used to enchance the defendant background history. And the defendant does not agree with the 2 point enchancement for a 2000 conditial discharge for the 95cf/96cf battery charges that were more than 2 years old before he was charged in the federal drug case in 2004. The defendant also object to the drug amount calculation wich was changed after trial due to his testimony. The crack cocaine base was changed into powder cocaine. Defendant Donald Pesviento was convited of 5 to 15 grams of crack cocaine base and the Defendant Brain Thanson was convicted of 50 grams of crack cocaine not an excess of 50 grams. Robert Knox and William Fuller and Ruben Bew drug amounts were changed to Powder Cocaine. The defendant never agreed upon the new drug amounts wich were changed without a hearing.

The Government changed the drug amount to 1 kilo of crack cocaine base and 15 to 50 kilo of powder cocaine after trial. And the defendant only testified to 4.5 kilo of powder cocaine during trial. Also the defendant Attorney did not correctly Advise him what the 11.1.C.1 plea actual meant. He was told that the Judge could go below his plea agreement and that the guidelines were only advisory. And to the fact that the defendant Rodney Bell sign his plea on the same day that it was introduced to him and was rushed into the new plea agreement. The defendant didn't understand that the plea was only for the drug conspiracy and not outside cases. Also the defendant Attorney failed to show him that there were right violation in concerns of confidental Informant Anthony Hites who was not A registered confidental Informant with the United States Justice Department. US Justice Department requires certain Criteria for Confidental Informants with requires the informants background and drug use history and mental state of mind and also the pay for each case starting at $2,500 up to $200,000 per case for each informants. The Attorney never showed any concerns of these rights violations that the informant was paid $1,500 cash and was not registered as A U.S. Justice Department Informant. Attorney Gareth Morris was ineffective and not competent in protecting the defendant rights. The defendant Rodney C. Bell is not A educated Attorney of the law and at the time all of my Legal papers are held at FBOP FCI prisons at the time so the defendant doesn't have the proper case laws or right violation acess to his Legal information at the time. The defendant ask the court to appoint him A new Attorney to assist him with his Legal concerns and for his claim to be reviewed

by the courts and for the defendant to be resentence under the correct guidelines of his criminal history and new drug amounts. The defendant also ask for A court writ for A court date to hear his motion on May 25, 2007 and for the defendant to be writ by the US Marshall Service in front of the Honurable Judge David Coar of the 7th circuit 219 S. Dearborn Federal Courthouse in his court room. The Defendant ask the Judge to respect and hear his motion.

*Rodney C. Bew*

Rodney C. Bew

May 18, 2007