# Exhibit C

Case # 04 CR 253-1
N.D. Ill

TO: Clerk of the Court
US District Court
Federal Dirksen bldg.
219 S. Dearborn, St.
Chicago, IL 60604

FROM: Rodney Bew
#16835-424
~~USP-Atlanta~~
BOX 150160
Atlanta, GA 30315

**FILED**

DEC 2 6 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DATE: **November 2nd, 2007**

Re: 28 USC § 2255...May 2007/ 04-CR-253-1... No 2255 Number!

Dear Clerk of the Court,

During May, 2007 I was in transit and unable to obtain the proper, appropriate and adequate 28 USC § 2255 forms, and, at that time I wrote this Court a hand-written letter preserving my right to file a § 2255 petition. This is on the docket entry sheet of this office.

Thus, at your earliest convenience could you please alert me to the fact of whether or not the government has been ordered to respond?

Thanking you in advance for your aid and assistance in this most important matter at hand.

Sincerely, I remain,

**RB/bys**

Rodney Bew

cc: File