# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | David H. Coar | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1241 | **DATE** | 5/30/2008 |
| **CASE TITLE** | USA vs. Rodney Bew | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the attached memorandum opinion and order, Petitioner's Motion to Vacate, Set Aside or Correct Sentence [1] is dismissed with the exception of Petitioner's claim for sentence reduction pursuant to Amendment 706. That claim is severed from the instant §2255 habeas petition, and deemed a stand alone motion for reduction. The Federal Defender is appointed to represent Petitioner in connection to that motion.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

| | Courtroom Deputy Initials: | |
|---|---|---|