UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

United States of America
                          Plaintiff,

v.                                                  Case No.: 1:08–cv–01241
                                                        Honorable David H. Coar

Rodney Bew
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 8, 2008:

      MINUTE entry before the Honorable David H. Coar:At the request of Beth W. Gaus, attoreny for Rodney Bew, a Status hearing set for 7/16/2008 at 09:00 AM. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.