**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

United States of America
                      Plaintiff,

v.                                           Case No.: 1:08−cv−01241
                                                              Honorable David H. Coar

Rodney Bew
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

      MINUTE entry before the Honorable David H. Coar: Status hearing held on 8/27/2008.MOTION by Defendant Rodney Bew to petition for a further downward departure pursuant to 28 U.S.C. Section 3582 Sentencing Correction [9] is terminated as this matter was decided in the criminal case # 04CR253−1. The Court will enter an order in criminal case # 04CR253−1 reducing the defendant's sentence as stated on the record. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.